**UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS**

| | |
|---|---|
| **MARK ELLIOT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **16-10220-FDS** |
| ) | |
| ) | |
| **BOSTON PROPERTY GROUP,** ) | |
| **LLC, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

The Plaintiff, Mark Elliot, files this Response to the Order to Show Cause, why the Complaint filed on January 5, 2016, presents a cause of action that satisfies subject matter jurisdiction for the United States District Court. At the time of filing, the Plaintiff, who is pro se, was hospitalized and extremely ill with a respiratory infection. The statute of limitations for filing had rapidly approached from his perspective because his attempts to retrieve all documentation regarding the identity and location of the defendants involved in this cause of action were hampered by the document and property loss that resulted from the fire that underlies this complaint and because of a permanent disability caused by a chemical burn that seared his lungs and damaged his brain, hampering his memory and causing him to have bouts of sickness and confusion. At the time of filing, the Plaintiff believed one or more of the defendants to have relocated out of state but still intended to assert subject matter jurisdiction primarily under a federal question. The

1

Plaintiff had reason to believe he could assert his rights under the American Disabilities Act and identify several federal violations committed by the defendants if a question of federal law is presented and resolved by this court, but at the time of filing he had not formulated these claims fully and separated them from his state claims outlined in his complaint.

The Plaintiff thus, moves this Court for leave to amend his complaint within twenty days of this Response. The Plaintiff moves to amend his complaint to satisfy the burden of proof for federal jurisdiction. For jurisdiction based on a federal question, as opposed to diversity jurisdiction, the face of the complaint must be "well-pled" to determine if the cause of action is created by federal law, or if the right to relief depends on resolving a question of federal law. *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808 (1988) (citing *Franchise Tax Bd. of California v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 27-28 (1983)).

Wherefore, the Plaintiff, respectfully moves this Court to find that the Plaintiff has shown good cause in this joint response and motion to satisfy federal jurisdictional requirements and to grant the Plaintiff leave to file an amended complaint well-pled and containing the above-referenced allegations that meet subject matter jurisdiction.

Respectfully submitted,

Mark Elliot
Plaintiff
365 Sumner Street #3, East Boston, MA 02128
markelliott1@gmail.com
(702)984-0523

**Signature:**

**Email:** markelliott1@gmail.com